**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7671**

─────────────

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

          versus

GEORGE WILLIAM MICHAEL,

                                 Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-91-68-JFM)

─────────────

Submitted:  January 15, 1998          Decided:  January 30, 1998

─────────────

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

George William Michael, Appellant Pro Se.  William Warren Hamel,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion for a reduction in sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Michael</u>, No. CR-91-68-JFM (D. Md. Nov. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>